**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

|  |  |
|---|---|
| **BARRY ALEXANDER,** | |
| *Plaintiff,* | |
| v. | **CAUSE NO. 3:25-CV-983-CWR-BWR** |
| **WARDEN BARNES,** *et al.,* | |
| *Defendants.* | |

## ORDER

This cause is before the Court pursuant to the United States Magistrate Judge's May 5, 2026, Report and Recommendation. Docket No. 5. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. A separate Final Judgment will issue.

**SO ORDERED**, this the 27th day of May 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

1